IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY EARL AGEE, | ) | |
| | ) | |
| Petitioner, | ) | 8:08CV355 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motions for default (Filing Nos. 7 and 18) and motion for additional state court records (Filing No. 13.) The Court conducted an initial review of this matter on October 9, 2008 (Filing No. 6). Respondent has sought, and been granted, two extensions of time to comply with the requirements of that order on initial review (Filing Nos. 8, 10 (text-only), 16, and 17 (text only)). As a result of these extensions, respondent is not in default.

In his motion for additional state court records, petitioner requests that respondent submit several state-court briefs as part of the record (Filing No. 13). Respondent has now filed the requested documents, and petitioner's motion is moot. Accordingly,

IT IS ORDERED:

1. Petitioner's motions for default are denied.

2. Petitioner's motion for additional state court records is denied as moot.

DATED this 19th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court