IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY EARL AGEE, | ) | |
| | ) | |
| Petitioner, | ) | 8:08CV355 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion for reconsideration and brief in support of motion (Filing Nos. 28 and 29). Petitioner seeks reconsideration of this Court's July 14, 2009, memorandum opinion and order and judgment (Filing Nos. 26 and 27), in which the Court dismissed the petition for writ of habeas corpus (Filing No. 1) with prejudice.

The Court has carefully reviewed petitioner's motion and brief and finds no good cause for reconsideration of any portion of its July 14, 2009, memorandum opinion. Accordingly,

IT IS ORDERED that petitioner's motion for reconsideration is denied.

DATED this 9th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court